239 So.2d 345

Camille LANDRY

v.

LIBERTY MUTUAL INSURANCE COMPANY et al.

No. 50732.

Sept. 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

239 So.2d 345

Bert ROBERTS d/b/a Piccadilly South Restaurant and Lounge

v.

JEFFERSON PARISH COUNCIL and Al-wynn J. Cronvich, Sheriff of the Parish of Jefferson.

No. 50698.

Sept. 25, 1970.

Writ denied. The result is correct.